COURT
OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

 

 

                                        NO.
2-08-339-CV

 

 

IN THE INTEREST OF E.F., 

A CHILD                                                                                             

 

                                              ------------

 

           FROM
THE 233RD DISTRICT COURT OF TARRANT COUNTY

 

                                              ------------

 

                                MEMORANDUM
OPINION[1]

 

                                              ------------

 








Appellant Harry Matthew F.
attempts to appeal from the trial court=s interlocutory order, which ordered the parties to amend their
pleadings.  On August 25, 2008, we sent
Harry a letter stating our concern that we may have no jurisdiction over this
appeal because the order does not appear to be a final appealable order or
judgment, nor does it appear to be an appealable interlocutory order.  See
Tex. Civ. Prac. & Rem. Code Ann. ' 51.014(a) (Vernon 2008) (listing
appealable interlocutory orders); Lehmann v. Har-Con Corp., 39 S.W.3d
191, 195 (Tex. 2001) (providing general rule that an appeal may be taken only
from a final judgment).  We indicated
that this court would dismiss this appeal if we did not receive a response
showing grounds for continuing the appeal by September 4, 2008.  Harry filed a response on September 4, 2008,
arguing that the May 28, 2008 order disposed of all issues Aother than the enforcement of the
arrearage, if any, that [is] owed by Harry.@ [Emphasis added.] Because the May 28, 2008 order does not dispose of
all issues, it is not a final judgment.

Accordingly, because the
order is neither a final judgment nor an appealable interlocutory order, we
dismiss this appeal for want of jurisdiction. 
See Tex. R. App. P. 42.3(a), 43.2(f).

 

PER CURIAM

 

 

PANEL:
WALKER, J.; CAYCE, C.J.; and MCCOY, J.

 

DELIVERED:
September 25, 2008

 











[1]See Tex. R. App. P. 47.4.